UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE STRZELCZYK, | : | CIVIL ACTION NO. 3:CV-13-0948 |
| Petitioner | : | (Judge Nealon) |
| v. | : | |
| COMMONWEALTH OF PENNSYLVANIA, et al., | : | |
| Respondents | : | |

FILED
SCRANTON
NOV 2 2 2013
PER _____
DEPUTY CLERK

## ORDER

**AND NOW, THIS 22nd DAY OF NOVEMBER, 2013,** for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as a successive petition pursuant to 28 U.S.C. § 2244.

2. The Clerk of Court is directed to **CLOSE** this case.

3. There exists no basis for the issuance of a Certificate of Appealability.

_____
**United States District Judge**